IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GOVERNMENT OF GUAM; THE GUAM ELECTION COMMISSION; and JOHN F. BLAS, its Executive Director, in his official capacity,<br><br>Defendants. | CIVIL CASE NO. 10-00025<br><br>**ORDER GRANTING UNITED STATES DECLARATORY AND PERMANENT INJUNCTIVE RELIEF** |

This matter comes before the court on the United States' Motion for Temporary Restraining Order and Preliminary Injunction and the trial on the merits.[1] After reviewing the Motion and hearing from both parties, the court declares that the Defendants violated Sections 102(a)(8)(A) and 102(f)(1) of the Uniformed and Overseas Citizens Absentee Voting Act of 1986 (UOCAVA), as amended by the Military and Overseas Voter Empowerment Act, and hereby ORDERS that:

(1) To ensure that Guam's UOCAVA voters will have the option to receive an absentee ballot by electronic transmission for the November 2, 2010 Federal general election, the Defendants shall take the

---

[1] On October 8, 2010, pursuant to Rule 65(a)(2) of the Federal Rules of Civil Procedure, the court consolidated the trial on the merits with the preliminary injunction hearing. *See* Docket No. 15.

1

following actions: (a) The Defendants shall establish email as Guam's electronic transmission option for UOCAVA voters; (b) The Defendants shall contact each UOCAVA voter by email for those voters for whom they have email addresses on file and by telephone for all other UOCAVA voters for whom they have telephonic contact information on file, and inform each UOCAVA voter of the option to request to receive an absentee ballot by email transmission, and provide electronic email and cost-free telephonic contact information to such voters so that those voters may make the request to the Guam Election Commission; and (c) The Defendants shall promptly transmit an absentee ballot by email to all UOCAVA voters who request it as provided above.

(2) To ensure that Guam's UOCAVA voters will have sufficient opportunity under Federal law to receive absentee ballots they have requested and submit marked absentee ballots in time to be counted for the November 2, 2010 Federal general election, Defendants shall count as validly cast ballots in the November 2, 2010 Federal general election all those ballots cast by absent uniformed services voters and overseas voters qualified to vote in Guam pursuant to UOCAVA, including ballots that were transmitted to the voter by email and Federal Write-in Absentee Ballots, provided such ballots are executed and sent by November 2, 2010, received by November 15, 2010, and are otherwise valid.

(3) To ensure that UOCAVA voters who received a ballot by mail and by email will have their ballot validly counted, the Defendants shall establish a procedure providing which ballot shall be counted if both ballots are returned, and notify all UOCAVA voters of these rules.

(4) The Defendants shall take such steps as are necessary to afford UOCAVA voters eligible to participate in Guam's November 2, 2010 Federal general election a reasonable opportunity to learn of this Court's order by sending a notice to every UOCAVA voter. Defendants shall provide the notice by email or telephonically if such information is available. The notice shall, at minimum: (a) explain that the deadline for the ballot to be executed and sent is November 2, 2010; (b) explain that the deadline for receipt of the ballot has been extended to November 15, 2010; (c) explain the rules for counting the ballots referenced in the preceding paragraph; and (d) provide appropriate contact information at the Guam Election Commission for assistance.

(5) Upon the entry of this Order, the Defendants shall issue a press statement for immediate release, posted immediately on Guam's election information website, and distributed to the Federal Voting Assistance Program; International Herald Tribune (http://www.iht.com); USA Today International (http://www.usatoday.com); Military Times Media Group (cvinch@militarytimes.com); Overseas Vote Foundation (http://www.overseasvotefoundation.org/intro/); Stars and Stripes

(www.estripes.com); and any other appropriate newspaper or news media in Guam. The news release shall, at a minimum: (a) announce that UOCAVA voters may request to receive their absentee ballots by email and explain how such a request should be made; (b) summarize this order, including a notice that the deadline for receipt of the ballot has been extended to November 15, 2010; and (c) provide appropriate contact information at the Guam Election Commission for assistance.

(6) The Defendants shall provide a report to the United States Department of Justice no later than three business days following entry of this order concerning the transmittal of UOCAVA absentee ballots. The report shall (a) certify that absentee ballots were transmitted no later than October 1, 2010 to all qualified UOCAVA voters whose applications for ballots have been received and approved by that date; and (b) indicate the number of requests received and the number of UOCAVA absentee ballots transmitted, and the method of transmittal thereof.

(7) The Defendants shall file a report with this Court no later than December 17, 2010 concerning the number of UOCAVA absentee ballots received and counted for the November 2, 2010 general election for Federal office. The report will set forth the following information, categorized by uniformed services overseas voters, uniformed services voters within the United States, and overseas civilian voters:

a.   The number of absentee ballots from UOCAVA voters received before the close of the polls on November 2, 2010 and counted;

                b.   The number of absentee ballots from UOCAVA voters received and counted after the close of the polls on November 2, 2010 but prior to the close of business on November 15, 2010;

                c.   The number of absentee ballots from UOCAVA voters received later than the close of business on November 15, 2010; and

                d.   The number of absentee ballots from UOCAVA voters that were not counted in the general election for Federal office, for reasons other than late receipt.

        (8) The Defendants shall take such actions as are necessary to assure that UOCAVA voters shall have a fair and reasonable opportunity to participate in future Federal elections, including proposing legislation and taking any administrative actions needed to fully remedy the potential future UOCAVA violations arising from Guam's election schedule and practices. The parties agree to confer on the progress of these efforts, and Defendants shall provide a status report to the United States by March 31, 2011.

    The Court shall retain jurisdiction over this action through December 31, 2012 to enter such further relief as may be necessary for the effectuation of the terms of this Order and to enter such relief as may be necessary to abate any UOCAVA violation with respect to future Federal

elections caused by Guam's election practices.

This order shall apply exclusively to federal elections conducted on Guam and shall not be construed to have any bearing upon Guam's local elections for local offices.

**SO ORDERED.**



      **/s/ Frances M. Tydingco-Gatewood**
         **Chief Judge**
      **Dated: Oct 13, 2010**